IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 APR 29 PM 2:05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. TN. MEMPHIS

---

ARTICE JEAN RUFFIN,

      Appellant,

v.                                              Case No.: 05cv2173-Ml

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

      Appellee.

---

### ORDER SETTING SCHEDULING IN SOCIAL SECURITY CASE

---

The issues in the above-referenced matter having been joined, it is hereby ordered that the following schedule shall be followed:

1. Appellant shall file a brief in support of the asserted claim within 30 days of the entry hereof.

2. Appellee's brief in response shall be filed within 30 days of the filing of appellant's brief.

3. Reply brief may be filed within 10 days of the filing of appellee's response brief.

No further briefs shall be filed without leave of Court.

Entered this 29th day of April, 2005.

                              ROBERT R. Di TROLIO, CLERK

                              BY: _Carline Draper_
                                   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05

⑨

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02173 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Andrew E. Bender
LAW OFFICES OF ANDREW E. BENDER
382 Washington Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT