UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ARTICE JEAN RUFFIN,

    Plaintiff,

v.                          Civil No. 05-2173

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file a brief is granted. The Commissioner shall file a brief by July 1, 2005.

                              Judge, United States District Court

                              Date: June 23, 2005



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02173 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Andrew E. Bender
LAW OFFICES OF ANDREW E. BENDER
382 Washington Ave.
Memphis, TN 38105

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT