IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -5 PM 3: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ARTICE JEAN RUFFIN,<br>Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 05-2173-MI P<br>) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security | )<br>)<br>) |
| Defendant | ) |

## ORDER OF REMAND

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's motion to remand this action, this case is hereby remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge ("ALJ") will develop the record further with respect to how long Plaintiff's first husband had been absent before she married her second husband, and whether, under Tennessee state law, his absence dissolved Plaintiff's first marriage prior to her marrying her second husband, the deceased wage earner. In conducting his analysis, the ALJ is ordered to provide specific reasons for not accepting Plaintiff's testimony that she and her first husband had not been together since 1959. The reasons cited by the ALJ shall be supported by credible evidence on the record as a whole. Plaintiff's testimony conflicts with the ALJ's finding regarding the date she separated from her first husband. Several times during Plaintiff's testimony, she stated that in 1959, the same year she got married, she left Mississippi, where her first husband lived and moved to Tennessee. Also, Plaintiff stated that it was not true that her first marriage ended by separation on August 3, 1969. In fact, when

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-6-05



Plaintiff was asked if she and her first husband had a relationship after she left him in Mississippi in 1959, she testified that she never saw him and that she never tried to find out anything about him (Tr. 78, 85). Other than the one unsubstantiated statement contained in the Reconsideration Determination, the record does not contain any other information which suggests that Plaintiff did not separate from her first husband until 1969.

**WHEREFORE,** because the ALJ did not discount Plaintiff's testimony and because the source of the information in the Reconsideration Determination is unsubstantiated, **IT IS ORDERED** that the ALJ develop the record further with respect to how long Plaintiff's first husband had been absent before she married her second husband. **IT IS FURTHER ORDERED** that the ALJ provide specific reasons, which are substantiated by the record, for his finding regarding the date that Plaintiff separated from her first husband.

Based on the foregoing, this Court hereby enters a judgment reversing the decision of the ALJ and remanding this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). See Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157 (1991); Shalala v. Schaefer, 509 U.S. 292, 113 S.Ct. 2625 (1993). Upon remand, the Commissioner shall take action consistent with this order.

SO ORDERED this ___1___ day of _July_, 2005.

JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

Consented to and Approved By:

*/s/ Joe A. Dycus*
Joe A. Dycus
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38018
(901) 544-4231


*/s/ Andrew E. Bender*
Andrew E. Bender     By JAD
Attorney for Plaintiff    By Consent
382 Washington Avenue
Memphis, Tennessee 38105
(901)

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02173 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Andrew E. Bender
LAW OFFICES OF ANDREW E. BENDER
382 Washington Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT